# United States District Court
## Western District of Texas
## El Paso Division

FILED
Apr 25 2011
Clerk, U.S. District Court
Western District of Texas

By: _VM_ Deputy

UNITED STATES OF AMERICA

VS.

(1) MARIO ALBERTO CARRANZA

*Defendant*

Case No: EP:11-M -02081(1) RFC

3:14 - 3:36

Interpreter Required: Yes ✓ No ☐

---

**\*PROCEEDINGS SHEET / NOTICE**   21:952 & 960

TAKE NOTICE That a proceeding in this case has been set for the place, date and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| Albert Armendariz, Sr. United States Courthouse 525 Magoffin Ave. El Paso, Texas 79901 | Magistrate Courtroom # 611 |
| | DATE AND TIME |
| | April 28, 2011 at 8:30 AM |

TYPE OF PROCEEDING

PRELIMINARY / DETENTION HEARING

---

ROBERT F. CASTANEDA
UNITED STATES MAGISTRATE JUDGE

April 25, 2011                         V. MONTOYA                         (915) 834-0520
INITIAL APPEARANCE DATE **      (BY) DEPUTY CLERK

To: **DEFENDANT:**
**DEF ATTORNEY:** Federal-Public Defender 534-6525
**U.S. PROBATION**
**U.S. PRETRIAL**
**U.S. ATTORNEY**
**U.S. MARSHAL**
**AGENCY/AGENT:** DEA / Jeff Michel

[X] Temporary detention ordered. Detention hearing scheduled on above date.

\* Defendant afforded initial appearance pursuant to Fed. R. Crim. P. 5, informed of charges, penalties, right to remain silent, right to preliminary examination, right to be represented by counsel, and to appointment of counsel if Defendant is finacially unable to obtain counsel, and the circumstances under which Defendant may secure pretrial release. \*\* Intial Appearance is electronically recorded.

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| USA | § § | |
| vs. | § § | NO: EP:11-M-02081(1) RFC |
| (1) MARIO ALBERTO CARRANZA | § | |

## WAIVER OF PRELIMINARY HEARING
## AND/OR DETENTION HEARING
### (Rule 5 or 32.1, Fed.R.Crim.P.)

**PRELIMINARY HEARING**

I, (1) MARIO ALBERTO CARRANZA, charged in a complaint pending in this District, and having appeared before this Court and been advised of my rights as required by Rule 5 or 32.1, Fed.R.Crim.P., including my right to have a preliminary hearing, I have been advised that at a preliminary hearing, the government will be required to provide evidence to support the charges pending against me. Now, appearing with the benefit of counsel I, do hereby waive (give up) my right to a preliminary hearing.

Yo, (1) MARIO ALBERTO CARRANZA, el inculpado en una acusación pendiente en este Distrito, he comparecido ante este Tribunal y me han informado de mi derecho a una audiencia preliminar, cumpliendo con el reglamento 5 o 32.1 de los Reglamentos de Procedimientos Penales Federales, por este medio renuncio (abandono) a mi derecho a una audiencia preliminar.

_____  _____
Date/Fecha                  (1) MARIO ALBERTO CARRANZA,
                            Defendant/Acusado

**DETENTION HEARING**

I have also been advised of my right to a detention hearing. I have been advised that, at a detention hearing, the court will hear evidence to determine whether I should be held in jail without bond or whether a bond should be set for me. I have been advised that, if I waive (give up) my right to a detention hearing, I will be held in jail without bond while I wait for trial. I have discussed this right with counsel, and I hereby waive (give up) my right to have a detention hearing.

También me han informado de mi derecho a una audiencia para fijar fianza, el juez recibirá las pruebas para poder determinar si seguiré detenido sin fianza o si me fijarán fianza. Me han informado que si renuncio (abandono) mi derecho a una audiencia para fijar fianza, seguiré detenido sin fianza hasta que se me someta a jucio. Renuncio (abandono) mi derecho a una audiencia para fijar fianza.

_____  _____
Date/Fecha                  (1) MARIO ALBERTO CARRANZA,
                            Defendant/Acusado

_____
534-6525, Federal-Public Defender,
Counsel For Defendant
Abogado Del Acusado